IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CHARLES A. DRISCOL, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>P.U. PATEL, LLC D/B/A DAIRY QUEEN II OF GRIFFIN, and VIMAL PATEL, individually,<br><br>Defendants. | Case No.: 3:16-cv-00197-TCB |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), by and through the undersigned counsel, agree that the above-styled action of the Plaintiffs, CHARLES A. DRISCOL, on behalf of himself and all others similarly situated against Defendants, P.U. PATEL, LLC D/B/A DAIRY QUEEN II OF GRIFFIN, and VIMAL PATEL, be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

## FONT CERTIFICATION

Pursuant to Local Rule 5.1(C) Plaintiff hereby certifies that the within and foregoing pleading was prepared using Times New Roman, 14-point font.

Respectfully submitted on this 18th day of May, 2017.

| | |
|---|---|
| **s/ CARLOS V. LEACH** | **s/ CHARLES D. JONES** |
| Carlos V. Leach, Esq. | Charles D. Jones, Esq. |
| Georgia Bar No.: 488443 | Georgia Bar No.: 398202 |
| **MORGAN & MORGAN, P.A.** | **BECK, OWEN & MURRAY** |
| 191 Peachtree Street, N.E., Suite 4200 | 100 South Hill Street, Suite 600 |
| Post Office Box 57007 | Griffin, Georgia 30223 |
| Atlanta, Georgia 30343-1007 | Telephone: (770) 227-4000 |
| Tel: (404) 965-8811 | Facsimile: (770) 229-8524 |
| Fax: (404) 965-8812 | Email: cjones@beckowen.com |
| Email: CLeach@forthepeople.com | *Attorney for Defendants* |
| *Attorneys for Plaintiff(s)* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide copies to all counsel of record.

    **s/ CARLOS V. LEACH**
    Carlos V. Leach, Esq.